**FILED**
U.S. District Court
District of Kansas

6/20/2025

Clerk, U.S. District Court
By_____AA__Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Kansas

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CASE NO.   25-6117-01-GEB

GAVIN ONUFFER,

Defendant.

# COMPLAINT

**THE UNITES STATES ATTORNEY CHARGES:**

## COUNT 1

### Receipt of Child Pornography
### 18 U.S.C. § 2252A(a)(2)

On or about April 27, 2025, in the District of Kansas, the defendant,

**GAVIN ONUFFER,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce, and did so in and affecting interstate and foreign commerce by any means including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

**SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.**

Steve Meyer
TFO U.S. Department of Homeland Security
Wichita Police Department Detective

Subscribed and sworn before me this ___20th___ day of June, 2025.

THE HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge

2

## PENALTIES

**Count 1 – Receipt of Child Pornography**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years. [18 U.S.C. § 2252A(b)(1)]

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. § 3014(a)(3).

- An additional assessment of not more than $35,000.00. 18 U.S.C. § 2259A(a)(2).

## AFFIDAVIT

I, Steve Meyer, am a Detective with the Wichita Police Department (since January 1996) and am currently assigned to the Kansas Internet Crimes Against Children's (KIAC) Task Force in Wichita, Kansas. I have been a Task Force Officer with the Department of Homeland Security's ('DHS'), Homeland Security Investigations ('HSI') since September 2024. This criminal complaint is based on the following facts which were provided by the National Center for Missing & Exploited Children ('NCMEC') and other duly sworn law enforcement officers involved in the investigation.

## BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE

1. On or about July 3, 2024, MediaLab/Kik made a CyberTipline Report ("CTR") to NCMEC[1] regarding the uploading and distribution of files containing child exploitation material[2] using their messenger application Kik Messenger.

2. According to MediaLab/Kik records, Kik user **"kiittykiitti"**, with associated username "kiittykiitti" uploaded thirty (30) files containing pre-pubescent children engaged in sexually explicit conduct and another twelve (12) files containing pubescent children engaged in sexually explicit conduct..

3. A search warrant was obtained for records and data associated to Kik account **kiittykiitti**.

---

[1] NCMEC is a nonprofit organization established by the United States Congress. NCMEC operates the CyberTipline, which was established by Congress to process reports of child sexual exploitation. NCMEC reviews these reports and shares them with the appropriate law enforcement agency and/or Internet Crimes Against Children (ICAC) task forces. Anyone can make a report to the CyberTipline but reporting is required for certain electronic service providers who become aware of child exploitation material.

[2] This material may also be referred to as Child Pornography, as defined in 18 U.S.C. § 2256(8)

1

The search warrant return contained fifty-one (51) images and videos, to include the videos observed in the CTR containing child pornography sent by MediaLab/Kik.

4. I obtained a search warrant for Cox Communications records associated with IP address **68.103.20.19** used by **kiittykiitti** to upload and distribute the child pornography. A review of these records showed that the internet account used to upload the child pornography was assigned to **GAVIN ELIJAH ONUFFER** ("G. ONUFFER") with a date of birth of XX-XX-1998, with a listed address in Haysville, Kansas.

5. Utilizing law enforcement databases, I discovered that **G. ONUFFER**, and his wife, **ADDILYNN JEAN ONUFFER** ("A. ONUFFER"), have been reported living at the listed address.

6. On or about July 23, 2024, MediaLab/Kik reported one more CTR to NCMEC regarding the uploading and distribution of 17 files containing child exploitation material by Kik user **kiittykittyi** uploaded seventeen (17) files containing pre-pubescent and pubescent children engaged in sexually explicit conduct. MediaLab/Kik records reported that IP address **68.103.20.19** was utilized to upload and distribute the files. I reviewed the CTR and the files distributed by user **kiittykittyi**. I found all files contained pre-pubescent and pubescent children engaged in sexually explicit conduct.

7. I noted that Kik user **kiittykittyi** had utilized the same IP address assigned to **G. ONUFFER** at the above listed address to upload the child pornography reported on or about June 21, 2024, and June 22, 2024.

8. A search warrant was obtained for records and data associated to Kik account **kiittykittyi**.

2

The search warrant return contained the seventeen (17) images and videos of child pornography include in the CTR sent by MediaLab/Kik.

9. On or about April 29, 2025, I conducted audio/video recorded, post Miranda interviews of **G. ONUFFER** and **A. ONUFFER** at 1211 S. Emporia, Wichita, Kansas. During the interview **G. ONUFFER** provided the following.

   a. **G. ONUFFER** stated that during the months of June and July, 2024, he and his wife, A. ONUFFER were the only residents of the house.

   b. **G. ONUFFER** stated that they use Cox Communication internet service in 2024.

   c. **G. ONUFFER** stated that he has heard of KIK and does watch pornography on his cell phone.

   d. **G. ONUFFER** stated that he has received "child porn" while online on his phone but he deletes it and would block the user that sent it to him. ONUFFER then advised he did not wish to answer anymore questions.

10. During the interview **A. ONUFFER** provided the following.

   a. A. ONUFFER stated that she resides with G. ONUFFER at above listed address.

   b. A. ONUFFER stated that she uses the KIK application and does exchange "Child Pornography" using the KIK application.

   c. A. ONUFFER reviewed copies of the chat logs of the above listed KIK accounts and confirmed that they were her accounts and that she used her iPhone to access her KIK accounts, trade child pornography and store child pornography.

3

    d.  A. ONUFFER stated that she has watched pornography with G. ONUFFER in the past on their cellular phones. Additionally, A. ONUFFER stated she likes to roleplay as a child during sex.

    e.  A. ONUFFER provided her phone number and stated she had recently engaged in distributing child pornography.

11. I seized both G. ONUFFER and A. ONUFFER's cellular devices that they had in their possession and placed them in a secure location in the Internet Crimes Against Children unit.

12. A search warrant was obtained for both devices.

13. I used the phone number provided by A. ONUFFER to look through the NCMEC database and found additional information in the Cyber Tipline that Discord reported two files of suspected child sexual exploitation imagery that were uploaded by someone with a Discord username of "Addilyjean" on or about April 27, 2025. The provided information also identified the Discord account was associated with the email address associated with A. ONUFFER and a phone number associated with A. ONUFFER ending in 2294.

14. Your Affiant conducted a review of the two (2) files. One was an empty file and the other was found to be a video file approximately 27 seconds in length that shows a nude prepubescent female exposing her genitalia.

15. A grand jury returned an indictment against Addilyn Onuffer on May 15, 2025, charging her with 3 counts of distribution of child pornography.

16. It took law enforcement several weeks to be able to obtain an extraction on Gavin Onuffer's phone that was seized from him on April 29, 2025. The extraction revealed Child Sexual Abuse Materials in a secure folder on Gavin Onuffer's Samsung phone.

4

17. I reviewed the content located in the secure folder. The folder contained 351 files, the majority of which were sexual in nature. I observed several image and video files of a female that visually appeared to be Addilyn Jean ONUFFER as well as Anime style images and videos depicting Child Sexual Exploitation.

18. Described below are 3 files that contained Child Sexual Exploitation Material:

    a. Filename: 1_4934030130105287880.MP4 is a video file approximately 1 minute and 26 seconds in length that shows a nude prepubescent female subjected to oral sex on an adult erect penis while in the shower. The Exif Created Date/Time for this file was April 27, 2025 at 6:10:14.000 PM.

    b. Filename: 1_4934030130105287860.mp4 is a video file approximately 15 seconds in length that shows a nude prepubescent female standing in front of a nude prepubescent female. The prepubescent female is licking and sucking the pubescent female's breast. The Exif Created Date/Time for this file was April 27, 2025 at 21:07:37.

    c. Filename: 1_4934030130105287878.MP4 is a video file approximately 1 minute and 1 second in length. It shows a prepubescent female with her breasts and vaginal area exposed, laying on a bed and having sexual intercourse and anal sex with an adult male who ejaculates onto the prepubescent females anus. The Exif Created Date/Time for this file was April 27, 2025 at 4:16:43.000 PM.

19. All the above files were found to be sent from Telegram Messenger account User ID 7060967296, first name AJ and phone number matching the one provided by Addilyn Onuffer to law enforcement ending in 2294 to Telegram Messenger account User ID 7494098066, first name Gavin and phone number ending in 9713, on April 27, 2025. The

5

phone number provided by Gavin Onuffer to law enforcement ended matched the Telegram account on his phone, ending in 9713.

Based on the foregoing facts, I believe there is probable cause to find that GAVIN ONUFFER, residing in Kansas, has engaged in the following violations of federal law:

1.    **18 U.S.C § 2252A(a)(2), Receipt of Child Pornography** on or about April 27, 2025;

STEVE MEYER, TFO
Homeland Security Investigations

Subscribed and sworn before me this ___20th___ day of June, 2025.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge.

6